IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| CHRISTOPHER REDDICK, TERRI EUBANKS and DAVID REDDICK<br>　　Plaintiffs<br><br>v.<br><br>GENERAL MOTORS CORPORATION, TAKATA CORPORATION, T K HOLDINGS, INC., IRVIN AUTOMOTIVE INDUSTRIES, INC., IRVIN AUTOMOTIVE PRODUCTS, INC., HALLE INDUSTRIES, INC., TAKATA, INC., TAKATA SEATBELTS, INC., TAKATA RESTRAINT SYSTEMS, INC., TAKATA PETRIE AG and DOES 1-100<br>　　Defendants | § § § § § § § § § § § § § § § § § § § | CIVIL ACTION NO.  2:08-cv-00429<br>Jury Trial |

## ORDER OF DISMISSAL

On this day came on to be heard the Agreed Stipulation of Dismissal of Plaintiffs, CHRISTOPHER REDDICK, TERRI EUBANKS and DAVID REDDICK, in the above-entitled and numbered cause, seeking dismissal with prejudice of said claims by agreement of CHRISTOPHER REDDICK, TERRI EUBANKS and DAVID REDDICK and Defendant, GENERAL MOTORS CORPORATION.

The Court finds that CHRISTOPHER REDDICK, TERRI EUBANKS, DAVID REDDICK and GENERAL MOTORS CORPORATION have settled all claims between themselves and that Plaintiffs have agreed to dismiss their claims against Defendant GENERAL MOTORS CORPORATION with prejudice.

**IT IS THEREFORE ORDERED, ADJUDGED AND DECREED** that all claims made by Plaintiffs CHRISTOPHER REDDICK, TERRI EUBANKS and DAVID REDDICK , against Defendant, GENERAL MOTORS CORPORATION are hereby dismissed with prejudice. Costs of court are taxed against each party incurring the same.

**SIGNED this 16th day of March, 2012.**

_____
DAVID FOLSOM
UNITED STATES DISTRICT JUDGE